```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06503
    KAREN NADINE SMITH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-5888


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/19/2008 and was confirmed 05/29/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 02/12/2009.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
REGIONS MORTGAGE             CURRENT MORTG         .00             .00             .00
HSBC AUTO FINANCE            SECURED VEHIC   10850.00          347.99          730.44
GLENEAGLE TRAIL CONDO AS     SECURED               .00             .00             .00
ARONSON FURNITURE            SECURED NOT I         .00             .00             .00
ARONSON FURNITURE            UNSECURED       NOT FILED             .00             .00
ADT                          UNSECURED       NOT FILED             .00             .00
AMERICASH LOANS LLC          UNSECURED         1464.35             .00             .00
COMMONWEALTH EDISON          UNSECURED          795.72             .00             .00
HSBC CARD SERVICES           UNSECURED       NOT FILED             .00             .00
THE MONEY MARKET             UNSECURED       NOT FILED             .00             .00
NATIONAL QUICK CASH          UNSECURED       NOT FILED             .00             .00
NICOR GAS                    UNSECURED          958.56             .00             .00
PALOS ANESTHESIA ASSOCS~     UNSECURED       NOT FILED             .00             .00
PALOS COMMUNITY HOSPITAL     UNSECURED       NOT FILED             .00             .00
PALOS COMMUNITY HOSPITAL     UNSECURED       NOT FILED             .00             .00
QUEST DIAGNOSTICS            UNSECURED       NOT FILED             .00             .00
HSBC AUTO FINANCE            UNSECURED        10590.98             .00             .00
GLENEAGLE TRAIL CONDO AS     UNSECURED         2288.00             .00             .00
B-REAL LLC                   UNSECURED           51.00             .00             .00
B-REAL LLC                   UNSECURED           23.00             .00             .00
NATIONAL CAPITAL MGMT LL     UNSECURED          529.00             .00             .00
MONTEREY FINANCIAL           UNSECURED         1462.72             .00             .00
REGIONS MORTGAGE             SECURED NOT I   15503.54             .00             .00
JEFFREY L BENSON             DEBTOR ATTY      2,000.00                          196.15
TOM VAUGHN                   TRUSTEE                                            107.83
DEBTOR REFUND                REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                1,382.41

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 06503 KAREN NADINE SMITH
```

```
PRIORITY                                                          .00
SECURED                                                        730.44
     INTEREST                                                  347.99
UNSECURED                                                         .00
ADMINISTRATIVE                                                 196.15
TRUSTEE COMPENSATION                                           107.83
DEBTOR REFUND                                                     .00
                                    ---------------    ---------------
TOTALS                                     1,382.41           1,382.41
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE





                              PAGE   2
        CASE NO. 08 B 06503 KAREN NADINE SMITH